UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ADVOCACY CENTER** | : | **CIVIL ACTION** |
| | : | **NO. 17-468-JWD-EWD** |
| **VERSUS** | | |
| | : | **JUDGE JOHN W. deGRAVELLES** |
| **JAMES M. LEBLANC, ET AL** | : | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SETTLEMENT

Plaintiff Advocacy Center, through undersigned counsel, advises this Court that the Parties have agreed in principle to a settlement of attorney's fees and costs in this matter. Plaintiff respectfully requests that the Court issue a sixty (60) day dismissal order to allow enough time for the Parties to finalize the settlement.

Respectfully submitted, this 25th day of September 2017.

/s/ Ronald K. Lospennato
Ronald K. Lospennato, Bar No. 32191
Advocacy Center
8325 Oak Street
New Orleans, LA 70118
504-208-4679
504-335-2890
rlospennato@advocacyla.org


/s/ Jonathan Trunnell
Jonathan Trunnell, La. Bar No. 36956
Advocacy Center
8325 Oak Street
New Orleans, LA 70118
504-708-1460
504-507-1956 (fax)
jtrunnell@advocacyla.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the September 25, 2017, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

/s/ Ronald K. Lospennato
Ronald K. Lospennato, Bar No. 32191
